## STATE OF FLORIDA v. BROWN
### Case No. AP 90-0085 AC (A) 02
Fifteenth Judicial Circuit, Palm Beach County
August 21, 1991

### APPEARANCES OF COUNSEL

**David Bludworth,** State Attorney, and **Robert S. Jaegers,** Assistant State Attorney, for appellant.

**Richard W. Springer** and **Catherine Mazzullo,** Springer & Springer, for appellee.

Before STEWART, COLBATH, LUPO, JJ.

### OPINION OF THE COURT

PER CURIAM.

Reversed. James Curtis Brown was cited with driving under the

influence in violation of Florida Statutes § 316.193 by Officer Hill of the Lake Clarke Shores Police Department. Brown filed a motion to suppress the breathalyzer test results, etc., on the grounds that the arresting officer's attempt to stop did not take place until after defendant and the officer exited the officer's jurisdiction.

Although Officer Hill could have stopped defendant while he was still in Lake Clarke Shores, he did not do so because department procedures require a tag check before pulling a vehicle over. We reverse in that the reason for the hesitation was reasonable. We decline to set forth any guidelines, however, because reasonableness is an elementary principle of law.

**REVERSED AND REMANDED. STEWART, COLBATH** and **LUPO, JJ.,** concur.